1 | BENJAMIN B. WAGNER
United States Attorney
2 | TODD A. PICKLES
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-MJ-220 CKD |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING THE UNITED STATES'S APPLICATION FOR STAY OF MAGISTRATE COURT'S RELEASE ORDER |
| v. | |
| DUMITRU MARTIN, | |
| Defendant. | |

This matter came before the Court on the United States's Application for a Stay of the Court's December 14, 2015 order releasing defendant Dumitru Martin ("Release Order") until a motion to revoke the Release Order can be filed and heard by the appropriate District Judge [Dckt. No. 12]. Defendant does not oppose the requested stay. Accordingly, the Court hereby STAYS the Release Order until such time as an order is entered with respect to a motion by the United States to revoke the Release Order.

IT IS SO ORDERED.

Dated: December 15, 2015

By: _____
HONORABLE ALLISON CLAIRE
United States Magistrate Judge

ORDER RE: STAY OF RELEASE ORDER                    1